**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHADSITY JADE HERNANDEZ,

                Plaintiff,                      21 **CIVIL** 10658 (VB)

      -against-                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 23, 2023, the R&R is adopted as the opinion of the Court. Plaintiff's motion for judgment on the pleadings is DENIED. Defendant's cross-motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           January 24, 2023

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                **BY:**      *K. Mango*
                                                               **Deputy Clerk**